United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 31, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50654
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRUNO ALEJANDRO, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:05-CR-284-3
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Bruno Alejandro, Jr., appeals his sentence following his guilty plea to one count of conspiracy to commit bank fraud. Alejandro argues that the district court abused its discretion by ordering him to pay restitution for the total amount of loss attributable to the conspiracy. We review an award of restitution for an abuse of discretion. United States v. Hughey, 147 F.3d 423, 436 (5th Cir. 1998) (citing United States v. Chaney, 964 F.2d 437, 451 (5th Cir. 1992)). The district court properly relied on the presentence report (PSR) which stated that

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Alejandro was involved "throughout the scheme" and "benefitted equally" with the two other leaders of the conspiracy.  See United States v. Lqhodaro, 967 F.2d 1028, 1030 (5th Cir. 1992). Accordingly, the district court did not abuse its discretion in ordering Alejandro to pay the full amount of the restitution order.

AFFIRMED.